I hereby attest and certify on Oct 02, 2026 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: s/ D. English
Deputy

FILED

Oct 01 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ DDE DEPUTY

~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL ROMO (1),<br>WILLIAM KIDWELL, JR. (2),<br>MOISES QUINONES (3),<br>REYNA POMPA (4),<br>NORMA MENDOZA (5),<br>NICOLE SOLIS (6),<br>SHELDON HOLLINS (7),<br>[redacted]<br>JONATHAN ZITTLE (9),<br>BRIAN KELLER (10),<br>GIANETTA CANTU (11),<br>ERICA MARTINEZ (12),<br>ABIGAIL GARAVAGLIA (13),<br><br>Defendants. | Case No. '26 CR3887 RSH<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 841(a)(1), 841(b)(1)(A)(viii) and 846 - Conspiracy to Distribute Methamphetamine; Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Cocaine; Title 21, U.S.C., Secs. 841(a)(1) and 841(b)(1)(A)(viii) - Distribution of Methamphetamine; Title 21, U.S.C., Secs. 841(a)(1)- Distribution of Cocaine; Title 21, U.S.C., Sec. 841(a)(1) - Possession with Intent to Distribute Cocaine; Title 21, U.S.C., Secs. 841(a)(1) and 841(b)(1)(A)(viii) - Possession with Intent to Distribute Methamphetamine; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |

//

//

JSST:nlv(1):San Diego:10/1/26

The grand jury charges:

**Count 1**

**(Conspiracy to Distribute Methamphetamine)**

**[21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) & 846]**

Beginning on a date unknown to the grand jury and continuing up to and including on or about April 24, 2026, within the Southern District of California and elsewhere, defendants GABRIEL ROMO, WILLIAM KIDWELL, JR., MOISES QUINONES, REYNA POMPA, NORMA MENDOZA, NICOLE SOLIS, [redacted] JONATHAN ZITTLE, BRIAN KELLER, GIANETTA CANTU, ERICA MARTINEZ, and ABIGAIL GARAVAGLIA, did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to distribute 50 grams and more of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii) and 846.

**Count 2**

**(Conspiracy to Distribute Cocaine)**

**[21 U.S.C. §§ 841(a)(1) & 846]**

Beginning on a date unknown to the grand jury and continuing up to and including on or about April 9, 2026, within the Southern District of California and elsewhere, defendants GABRIEL ROMO and SHELDON HOLLINS did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

//

//

**Count 3**

**(Distribution of Cocaine)**

**[21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2]**

On or about April 9, 2026, within the Southern District of California, defendants GABRIEL ROMO and SHELDON HOLLINS did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**Count 4**

**(Possession with Intent to Distribute Cocaine)**

**[21 U.S.C. § 841(a)(1)]**

On or about April 9, 2026, within the Southern District of California, defendant ABIGAIL GARAVAGLIA did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

**Count 5**

**(Possession with Intent to Distribute Methamphetamine)**

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii)]**

On or about April 12, 2026, within the Southern District of California, defendant NORMA MENDOZA did knowingly and intentionally possess with the intent to distribute 50 grams and more of methamphetamine, to wit: approximately 463.79 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

//

**Count 6**

**(Possession with Intent to Distribute Methamphetamine)**

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii)]**

On or about April 22, 2026, within the Southern District of California, defendant MOISES QUINONES did knowingly and intentionally possess with the intent to distribute 50 grams and more of methamphetamine, to wit: approximately 2.62 kilograms of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**Count 7**

**(Distribution of Methamphetamine)**

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii)]**

On or about April 23, 2026, within the Southern District of California, defendant WILLIAM KIDWELL, JR. did knowingly and intentionally distribute 50 grams and more of methamphetamine, to wit: approximately 427.7 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**Count 8**

**(Possession with Intent to Distribute Methamphetamine)**

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii)]**

On or about April 23, 2026, within the Southern District of California, defendant GABRIEL ROMO did knowingly and intentionally possess with the intent to distribute 50 grams and more of methamphetamine, to wit: approximately 427.7 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**Count 9**

**(Possession with Intent to Distribute Methamphetamine)**

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii)]**

On or about April 23, 2026, within the Southern District of California, defendant GABRIEL ROMO did knowingly and intentionally possess with the intent to distribute 50 grams and more of methamphetamine, to wit: approximately 199.59 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**Count 10**

**(Possession with Intent to Distribute Methamphetamine)**

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii)]**

On or about April 24, 2026, within the Southern District of California, defendant WILLIAM KIDWELL, JR. did knowingly and intentionally possess with the intent to distribute 50 grams and more of methamphetamine, to wit: approximately 1.26 kilograms of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**Count 11**

**(Possession with Intent to Distribute Methamphetamine)**

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii)]**

On or about April 24, 2026, within the Southern District of California, defendant WILLIAM KIDWELL, JR. did knowingly and intentionally possess with the intent to distribute 50 grams and more of methamphetamine, to wit: approximately 405.24 grams of methamphetamine (actual), a Schedule II Controlled Substance;

in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**Count 12**

**(Possession with Intent to Distribute Methamphetamine)**

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii)]**

On or about April 24, 2026, within the Southern District of California, defendant WILLIAM KIDWELL, JR. did knowingly and intentionally possess with the intent to distribute 50 grams and more of methamphetamine, to wit: approximately 7.19 kilograms of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**FORFEITURE ALLEGATIONS**

1. The allegations contained in Counts 1 through 12 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of one and more of the felony offenses alleged in Counts 1 through 12 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants shall forfeit to the United States all rights, title and interest in any and all property constituting, and derived from, any proceeds the defendants obtained, directly and indirectly, as the result of the offenses, and any and all property used and intended to be used in any manner and part to commit and to facilitate the commission of the violations alleged in Counts 1 through 12 of this Indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

DATED: October 1, 2026.

A TRUE BILL:

[redacted]

Foreperson

ADAM GORDON
United States Attorney

By: [signature]
JILL S. STREJA
SHIVANJALI A. SEWAK
Assistant U.S. Attorneys